```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID T. SHELLEDY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2799

 5  Attorneys for United States
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MC-00030-FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $49,360.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,166.84 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,795.00 IN U.S. CURRENCY, | |
| ASSORTMENT OF JEWELRY VALUED AT APPROXIMATELY $6,100.00, | |
| 2006 MASERATI QUATTROPORTE, VIN: ZAMCE39A660021662, LICENSE NUMBER 5SSH877, and | |
| 2004 DODGE STRATUS, VIN: 1B3EL36X94N192290, LICENSE NUMBER 5ZAT819, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants David Timothy Eugene Brown and Anne Therese Oropeza ("claimants"), by and through their respective attorneys,

as follows:

1. On or about December 21, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the six assets listed in the above caption (hereafter the "defendant assets"), which were seized on or about September 21 and 22, 2010.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is currently March 21, 2011.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 21, 2011, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for

forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to June 21, 2011.

BENJAMIN B. WAGNER
United States Attorney

DATE: 3/21/11          /s/ David T. Shelledy
DAVID T. SHELLEDY
Assistant U.S. Attorney

DATE: 3/21/2011        /s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Attorney for Claimant
David Timothy Eugene Brown
(As authorized on 3/21/2011)

DATE: 3/21/2011        /s/ Anne Oropeza
ANNE THERESE OROPEZA
Claimant
(Original signatures retained by attorney)

**IT IS SO ORDERED.**

DATE: March 22, 2011   _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE