BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MC-00030-FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $49,360.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,166.84 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,795.00 IN U.S. CURRENCY, | |
| ASSORTMENT OF JEWELRY VALUED AT APPROXIMATELY $6,100.00, | |
| 2006 MASERATI QUATTROPORTE, VIN: ZAMCE39A660021662, LICENSE NUMBER 5SSH877, and | |
| 2004 DODGE STRATUS, VIN: 1B3EL36X94N192290, LICENSE NUMBER 5ZAT819, | |
| Defendants. | |

    It is hereby stipulated by and between the United States of America and claimants David Timothy Eugene Brown and Anne Therese Oropeza ("claimants"), by and through their respective attorneys,

1 | as follows:
2 |     1.   On or about December 21, 2010, claimants filed a claim,
3 | in the administrative forfeiture proceedings, with the Federal
4 | Bureau of Investigation with respect to the six assets listed in
5 | the above caption (hereafter the "defendant assets"), which were
6 | seized on or about September 21 and 22, 2010.
7 |     2.   The Federal Bureau of Investigation has sent the written
8 | notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A)
9 | to all known interested parties.  The time has expired for any
10 | person to file a claim to the defendant assets under 18 U.S.C. §
11 | 983(a)(2)(A)-(E), and no person other than the claimants have
12 | filed a claim to the defendant assets as required by law in the
13 | administrative forfeiture proceeding.
14 |     3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
15 | required to file a complaint for forfeiture against the defendant
16 | assets and/or to obtain an indictment alleging that the defendant
17 | assets are subject to forfeiture within ninety days after a claim
18 | has been filed in the administrative forfeiture proceedings,
19 | unless the court extends the deadline for good cause shown or by
20 | agreement of the parties.  That deadline was March 21, 2011.
21 |     4.   By Stipulation and Order filed March 22, 2011, the
22 | parties stipulated to extend to June 21, 2011 the time in which
23 | the United States is required to file a civil complaint for
24 | forfeiture against the defendant funds and/or to obtain an
25 | indictment alleging that the defendant funds are subject to
26 | forfeiture.
27 |     5.   By Stipulation and Order filed June 16, 2011, the
28 | parties stipulated to extend to September 21, 2011 the time in

1  which the United States is required to file a civil complaint for
2  forfeiture against the defendant funds and/or to obtain an
3  indictment alleging that the defendant funds are subject to
4  forfeiture.
5      6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
6  by agreement to further extend to December 21, 2011 the time in
7  which the United States is required to file a civil complaint for
8  forfeiture  against the defendant assets and/or to obtain an
9  indictment alleging that the defendant assets are subject to
10 forfeiture.
11     7.   Accordingly, the parties agree that the deadline by which
12 the United States shall be required to file a complaint for
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  forfeiture against the defendant assets and/or to obtain an
2  indictment alleging that the defendant assets are subject to
3  forfeiture shall be extended to December 21, 2011.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE:_____          ___/s/_____
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney


DATE:_____          ___/s/_____
                                        BENJAMIN D. GALLOWAY
                                        Attorney for Claimant
                                        David Timothy Eugene Brown


DATE:_____          ___/s/_____
                                        ANNE THERESE OROPEZA
                                        Claimant


**IT IS SO ORDERED.**

DATE: September 19, 2011    _____
                                        FRANK C. DAMRELL, JR.
                                        United States District Court Judge