1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700

5 | Attorneys for United States

6 |

7 |

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          )  2:11-MC-00030-JAM
                                      )
12 |              Plaintiff,           )
                                      )
13 |        v.                         )
                                      )  STIPULATION AND ORDER EXTENDING
14 | APPROXIMATELY $49,360.00 IN U.S. )  TIME FOR FILING A COMPLAINT FOR
     CURRENCY,                         )  FORFEITURE AND/OR TO OBTAIN AN
15 |                                    )  INDICTMENT ALLEGING FORFEITURE
     APPROXIMATELY $9,166.84 IN U.S.   )
16 | CURRENCY,                         )
                                      )
17 | APPROXIMATELY $4,795.00 IN U.S.   )
     CURRENCY,                         )
18 |                                    )
     ASSORTMENT OF JEWELRY VALUED AT   )
19 | APPROXIMATELY $6,100.00,          )
                                      )
20 | 2006 MASERATI QUATTROPORTE,       )
     VIN: ZAMCE39A660021662, LICENSE   )
21 | NUMBER 5SSH877, and               )
                                      )
22 | 2004 DODGE STRATUS,               )
     VIN: 1B3EL36X94N192290, LICENSE   )
23 | NUMBER 5ZAT819,                   )
                                      )
24 |              Defendants.          )
     _____  )
25 |

26 |       It is hereby stipulated by and between the United States of

27 | America and claimants David Timothy Eugene Brown and Anne Therese

28 | Oropeza ("claimants"), by and through their respective attorneys,

as follows:

1.  On or about December 21, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the six assets listed in the above caption (hereafter the "defendant assets"), which were seized on or about September 21 and 22, 2010.

2.  The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 21, 2011.

4.  By Stipulation and Order filed March 22, 2011, the parties stipulated to extend to June 21, 2011 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.  By Stipulation and Order filed June 16, 2011, the parties stipulated to extend to September 21, 2011 the time in

1  which the United States is required to file a civil complaint for

2  forfeiture against the defendant funds and/or to obtain an

3  indictment alleging that the defendant funds are subject to

4  forfeiture.

5      6.  By Stipulation and Order filed September 14, 2011, the

6  parties stipulated to extend to December 21, 2011 the time in

7  which the United States is required to file a civil complaint for

8  forfeiture against the defendant funds and/or to obtain an

9  indictment alleging that the defendant funds are subject to

10 forfeiture.

11     7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish

12 by agreement to further extend to March 21, 2012 the time in which

13 the United States is required to file a civil complaint for

14 forfeiture against the defendant assets and/or to obtain an

15 indictment alleging that the defendant assets are subject to

16 forfeiture.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

8.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to March 21, 2012.


                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATE: 12/20/2011                     /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney


DATE: 12/20/11                       /s/ Benjamin D. Galloway
                                    BENJAMIN D. GALLOWAY
                                    Attorney for Claimant
                                    David Timothy Eugene Brown


DATE: 12/20/11                       /s/ Anne Therese Oropeza
                                    ANNE THERESE OROPEZA
                                    Claimant

                                    (Original signatures retained by
                                     attorney)

     **IT IS SO ORDERED.**


DATE: 12/22/2011                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge