BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MC-00030-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $49,360.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,166.84 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,795.00 IN U.S. CURRENCY, | |
| ASSORTMENT OF JEWELRY VALUED AT APPROXIMATELY $6,100.00, | |
| 2006 MASERATI QUATTROPORTE, VIN: ZAMCE39A660021662, LICENSE NUMBER 5SSH877, and | |
| 2004 DODGE STRATUS, VIN: 1B3EL36X94N192290, LICENSE NUMBER 5ZAT819, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants David Timothy Eugene Brown and Anne Therese Oropeza ("claimants"), by and through their respective attorneys,

as follows:

1.   On or about December 21, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the six assets listed in the above caption (hereafter the "defendant assets"), which were seized on or about September 21 and 22, 2010.

2.   The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 21, 2011.

4.   By Stipulation and Order filed March 22, 2011, the parties stipulated to extend to June 21, 2011 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   By Stipulation and Order filed June 16, 2011, the parties stipulated to extend to September 21, 2011 the time in

1  which the United States is required to file a civil complaint for
2  forfeiture against the defendant funds and/or to obtain an
3  indictment alleging that the defendant funds are subject to
4  forfeiture.
5       6.   By Stipulation and Order filed September 14, 2011, the
6  parties stipulated to extend to December 21, 2011 the time in
7  which the United States is required to file a civil complaint for
8  forfeiture against the defendant funds and/or to obtain an
9  indictment alleging that the defendant funds are subject to
10 forfeiture.
11      7.   By Stipulation and Order filed December 20, 2011, the
12 parties stipulated to extend to March 21, 2012 the time in which
13 the United States is required to file a civil complaint for
14 forfeiture against the defendant funds and/or to obtain an
15 indictment alleging that the defendant funds are subject to
16 forfeiture.
17      8.   By Stipulation and Order filed March 21, 2012, the
18 parties stipulated to extend to June 21, 2012 the time in which
19 the United States is required to file a civil complaint for
20 forfeiture against the defendant funds and/or to obtain an
21 indictment alleging that the defendant funds are subject to
22 forfeiture.
23      9.   By Stipulation and Order filed June 12, 2012, the
24 parties stipulated to extend to September 21, 2012 the time in
25 which the United States is required to file a civil complaint for
26 forfeiture against the defendant funds and/or to obtain an
27 indictment alleging that the defendant funds are subject to
28 forfeiture.

10.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 21, 2012 the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to December 21, 2012.

BENJAMIN B. WAGNER
United States Attorney

DATE: 9/12/12          /s/ Kevin C. Khasigian
                       KEVIN C. KHASIGIAN
                       Assistant U.S. Attorney

DATE: 9/11/12          /s/ Benjamin D. Galloway
                       BENJAMIN D. GALLOWAY
                       Attorney for Claimant
                       David Timothy Eugene Brown

DATE: 9/11/12          /s/ Anne Oropeza
                       ANNE THERESE OROPEZA
                       Claimant

                       (Signatures retained by attorney)

**IT IS SO ORDERED.**

DATE: 9/12/2012        /s/ John A. Mendez
                       JOHN A. MENDEZ
                       United States District Court Judge