1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for United States

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  2:11-MC-00030-JAM
                                     )
12            Plaintiff,             )
                                     )
13       v.                          )
                                     )  STIPULATION AND ORDER EXTENDING
14  APPROXIMATELY $49,360.00 IN U.S. )  TIME FOR FILING A COMPLAINT FOR
    CURRENCY,                        )  FORFEITURE AND/OR TO OBTAIN AN
15                                   )  INDICTMENT ALLEGING FORFEITURE
    APPROXIMATELY $9,166.84 IN U.S.  )
16  CURRENCY,                        )
                                     )
17  APPROXIMATELY $4,795.00 IN U.S.  )
    CURRENCY,                        )
18                                   )
    ASSORTMENT OF JEWELRY VALUED AT  )
19  APPROXIMATELY $6,100.00,         )
                                     )
20  2006 MASERATI QUATTROPORTE,      )
    VIN: ZAMCE39A660021662, LICENSE  )
21  NUMBER 5SSH877, and              )
                                     )
22  2004 DODGE STRATUS,              )
    VIN: 1B3EL36X94N192290, LICENSE  )
23  NUMBER 5ZAT819,                  )
                                     )
24            Defendants.            )
                                     )
25  ─────────────────────────────────)

26       It is hereby stipulated by and between the United States of

27  America and claimants David Timothy Eugene Brown and Anne Therese

28  Oropeza ("claimants"), by and through their respective attorneys,

as follows:

1.   On or about December 21, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the six assets listed in the above caption (hereafter the "defendant assets"), which were seized on or about September 21 and 22, 2010.

2.   The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 21, 2011.

4.   By Stipulation and Order filed March 22, 2011, the parties stipulated to extend to June 21, 2011 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   By Stipulation and Order filed June 17, 2011, the parties stipulated to extend to September 21, 2011 the time in

which the United States is required to file a civil complaint for
forfeiture against the defendant funds and/or to obtain an
indictment alleging that the defendant funds are subject to
forfeiture.

   6.  By Stipulation and Order filed September 19, 2011, the
parties stipulated to extend to December 21, 2011 the time in
which the United States is required to file a civil complaint for
forfeiture against the defendant funds and/or to obtain an
indictment alleging that the defendant funds are subject to
forfeiture.

   7.  By Stipulation and Order filed December 22, 2011, the
parties stipulated to extend to March 21, 2012 the time in which
the United States is required to file a civil complaint for
forfeiture against the defendant funds and/or to obtain an
indictment alleging that the defendant funds are subject to
forfeiture.

   8.  By Stipulation and Order filed March 22, 2012, the
parties stipulated to extend to June 21, 2012 the time in which
the United States is required to file a civil complaint for
forfeiture against the defendant funds and/or to obtain an
indictment alleging that the defendant funds are subject to
forfeiture.

   9.  By Stipulation and Order filed June 13, 2012, the
parties stipulated to extend to September 21, 2012 the time in
which the United States is required to file a civil complaint for
forfeiture against the defendant funds and/or to obtain an
indictment alleging that the defendant funds are subject to
forfeiture.

10.   By Stipulation and Order filed September 13, 2012, the parties stipulated to extend to December 21, 2012 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 21, 2013 the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

12.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to March 21, 2013.

BENJAMIN B. WAGNER
United States Attorney

DATE: 12/19/12          /s/ Kevin C. Khasigian
                        KEVIN C. KHASIGIAN
                        Assistant U.S. Attorney


DATE: 12/18/12          /s/ Benjamin D. Galloway
                        BENJAMIN D. GALLOWAY
                        Attorney for Claimant
                        David Timothy Eugene Brown


DATE: 12/18/12          /s/ Anne Therese Oropeza
                        ANNE THERESE OROPEZA
                        Claimant

                        (Signatures retained by attorney)

**IT IS SO ORDERED.**


DATE: December 19, 2012    /s/ John A. Mendez
                           JOHN A. MENDEZ
                           United States District Court Judge