1   BENJAMIN B. WAGNER
    United States Attorney
2   KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5   Attorneys for United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   2:11-MC-00030-JAM
                                       )
12              Plaintiff,             )
                                       )
13       v.                            )
                                       )   STIPULATION AND ORDER EXTENDING
14  APPROXIMATELY $49,360.00 IN U.S.   )   TIME FOR FILING A COMPLAINT FOR
    CURRENCY,                          )   FORFEITURE AND/OR TO OBTAIN AN
15                                     )   INDICTMENT ALLEGING FORFEITURE
    APPROXIMATELY $9,166.84 IN U.S.    )
16  CURRENCY,                          )
                                       )
17  APPROXIMATELY $4,795.00 IN U.S.    )
    CURRENCY,                          )
18                                     )
    ASSORTMENT OF JEWELRY VALUED AT    )
19  APPROXIMATELY $6,100.00,           )
                                       )
20  2006 MASERATI QUATTROPORTE,        )
    VIN: ZAMCE39A660021662, LICENSE    )
21  NUMBER 5SSH877, and                )
                                       )
22  2004 DODGE STRATUS,                )
    VIN: 1B3EL36X94N192290, LICENSE    )
23  NUMBER 5ZAT819,                    )
                                       )
24              Defendants.            )
    _____)
25

26       It is hereby stipulated by and between the United States of

27  America and claimants David Timothy Eugene Brown and Anne Therese

28  Oropeza ("claimants"), by and through their respective attorneys,

as follows:

1.   On or about December 21, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the six assets listed in the above caption (hereafter the "defendant assets"), which were seized on or about September 21 and 22, 2010.

2.   The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was March 21, 2011.

4.   By Stipulation and Order filed March 22, 2011, the parties stipulated to extend to June 21, 2011 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.   By Stipulation and Order filed June 17, 2011, the parties stipulated to extend to September 21, 2011 the time in

1  which the United States is required to file a civil complaint for

2  forfeiture against the defendant funds and/or to obtain an

3  indictment alleging that the defendant funds are subject to

4  forfeiture.

5      6.  By Stipulation and Order filed September 19, 2011, the

6  parties stipulated to extend to December 21, 2011 the time in

7  which the United States is required to file a civil complaint for

8  forfeiture against the defendant funds and/or to obtain an

9  indictment alleging that the defendant funds are subject to

10  forfeiture.

11      7.  By Stipulation and Order filed December 22, 2011, the

12  parties stipulated to extend to March 21, 2012 the time in which

13  the United States is required to file a civil complaint for

14  forfeiture against the defendant funds and/or to obtain an

15  indictment alleging that the defendant funds are subject to

16  forfeiture.

17      8.  By Stipulation and Order filed March 22, 2012, the

18  parties stipulated to extend to June 21, 2012 the time in which

19  the United States is required to file a civil complaint for

20  forfeiture against the defendant funds and/or to obtain an

21  indictment alleging that the defendant funds are subject to

22  forfeiture.

23      9.  By Stipulation and Order filed June 13, 2012, the

24  parties stipulated to extend to September 21, 2012 the time in

25  which the United States is required to file a civil complaint for

26  forfeiture against the defendant funds and/or to obtain an

27  indictment alleging that the defendant funds are subject to

28  forfeiture.

1    10.  By Stipulation and Order filed September 13, 2012, the

2  parties stipulated to extend to December 21, 2012 the time in

3  which the United States is required to file a civil complaint for

4  forfeiture against the defendant funds and/or to obtain an

5  indictment alleging that the defendant funds are subject to

6  forfeiture.

7    11.  By Stipulation and Order filed December 19, 2012, the

8  parties stipulated to extend to March 21, 2013 the time in which

9  the United States is required to file a civil complaint for

10  forfeiture against the defendant funds and/or to obtain an

11  indictment alleging that the defendant funds are subject to

12  forfeiture.

13    12.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties

14  wish by agreement to further extend to June 21, 2013 the time in

15  which the United States is required to file a civil complaint for

16  forfeiture against the defendant assets and/or to obtain an

17  indictment alleging that the defendant assets are subject to

18  forfeiture.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation & Order to Extend Time

13.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to June 21, 2013.

```
                                 BENJAMIN B. WAGNER
                                 United States Attorney

DATE:  3/14/13                   /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney


DATE:  3/11/13                    /s/ Benjamin D. Galloway
                                 BENJAMIN D. GALLOWAY
                                 Attorney for Claimant
                                 David Timothy Eugene Brown


DATE:  3/11/13                    /s/ Anne Therese Oropeza
                                 ANNE THERESE OROPEZA
                                 Claimant

                                 (Signatures retained by attorney)
```

**IT IS SO ORDERED.**

```
DATE: 3/14/2013                  /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Court Judge
```