1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for United States

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  2:11-MC-00030-JAM
                                     )
12           Plaintiff,              )
                                     )
13      v.                           )
                                     )  STIPULATION AND ORDER EXTENDING
14  APPROXIMATELY $49,360.00 IN U.S. )  TIME FOR FILING A COMPLAINT FOR
    CURRENCY,                        )  FORFEITURE AND/OR TO OBTAIN AN
15                                   )  INDICTMENT ALLEGING FORFEITURE
    APPROXIMATELY $9,166.84 IN U.S.  )
16  CURRENCY,                        )
                                     )
17  APPROXIMATELY $4,795.00 IN U.S.  )
    CURRENCY,                        )
18                                   )
    ASSORTMENT OF JEWELRY VALUED AT  )
19  APPROXIMATELY $6,100.00,         )
                                     )
20  2006 MASERATI QUATTROPORTE,      )
    VIN: ZAMCE39A660021662, LICENSE  )
21  NUMBER 5SSH877, and              )
                                     )
22  2004 DODGE STRATUS,              )
    VIN: 1B3EL36X94N192290, LICENSE  )
23  NUMBER 5ZAT819,                  )
                                     )
24           Defendants.            )
   _____)

25

26      It is hereby stipulated by and between the United States of

27  America and claimants David Timothy Eugene Brown and Anne Therese

28  Oropeza ("claimants"), by and through their respective attorneys,

                        1       Stipulation & Order to Extend Time

1  as follows:

2      1.  On or about December 21, 2010, claimants filed a claim,

3  in the administrative forfeiture proceedings, with the Federal

4  Bureau of Investigation with respect to the six assets listed in

5  the above caption (hereafter the "defendant assets"), which were

6  seized on or about September 21 and 22, 2010.

7      2.  The Federal Bureau of Investigation has sent the written

8  notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A)

9  to all known interested parties.  The time has expired for any

10 person to file a claim to the defendant assets under 18 U.S.C. §

11 983(a)(2)(A)-(E), and no person other than the claimants have

12 filed a claim to the defendant assets as required by law in the

13 administrative forfeiture proceeding.

14     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is

15 required to file a complaint for forfeiture against the defendant

16 assets and/or to obtain an indictment alleging that the defendant

17 assets are subject to forfeiture within ninety days after a claim

18 has been filed in the administrative forfeiture proceedings,

19 unless the court extends the deadline for good cause shown or by

20 agreement of the parties.  That deadline was March 21, 2011.

21     4.  By Stipulation and Order filed March 22, 2011, the

22 parties stipulated to extend to June 21, 2011 the time in which

23 the United States is required to file a civil complaint for

24 forfeiture against the defendant funds and/or to obtain an

25 indictment alleging that the defendant funds are subject to

26 forfeiture.

27     5.   By Stipulation and Order filed June 17, 2011, the

28 parties stipulated to extend to September 21, 2011 the time in

1  which the United States is required to file a civil complaint for

2  forfeiture against the defendant funds and/or to obtain an

3  indictment alleging that the defendant funds are subject to

4  forfeiture.

5       6.   By Stipulation and Order filed September 19, 2011, the

6  parties stipulated to extend to December 21, 2011 the time in

7  which the United States is required to file a civil complaint for

8  forfeiture against the defendant funds and/or to obtain an

9  indictment alleging that the defendant funds are subject to

10 forfeiture.

11      7.   By Stipulation and Order filed December 22, 2011, the

12 parties stipulated to extend to March 21, 2012 the time in which

13 the United States is required to file a civil complaint for

14 forfeiture against the defendant funds and/or to obtain an

15 indictment alleging that the defendant funds are subject to

16 forfeiture.

17      8.   By Stipulation and Order filed March 22, 2012, the

18 parties stipulated to extend to June 21, 2012 the time in which

19 the United States is required to file a civil complaint for

20 forfeiture against the defendant funds and/or to obtain an

21 indictment alleging that the defendant funds are subject to

22 forfeiture.

23      9.   By Stipulation and Order filed June 13, 2012, the

24 parties stipulated to extend to September 21, 2012 the time in

25 which the United States is required to file a civil complaint for

26 forfeiture against the defendant funds and/or to obtain an

27 indictment alleging that the defendant funds are subject to

28 forfeiture.

1      10.  By Stipulation and Order filed September 13, 2012, the

2  parties stipulated to extend to December 21, 2012 the time in

3  which the United States is required to file a civil complaint for

4  forfeiture against the defendant funds and/or to obtain an

5  indictment alleging that the defendant funds are subject to

6  forfeiture.

7      11.  By Stipulation and Order filed December 19, 2012, the

8  parties stipulated to extend to March 21, 2013 the time in which

9  the United States is required to file a civil complaint for

10  forfeiture against the defendant funds and/or to obtain an

11  indictment alleging that the defendant funds are subject to

12  forfeiture.

13      12.  By Stipulation and Order filed March 15, 2013, the

14  parties stipulated to extend to June 21, 2013 the time in which

15  the United States is required to file a civil complaint for

16  forfeiture against the defendant funds and/or to obtain an

17  indictment alleging that the defendant funds are subject to

18  forfeiture.

19      13.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties

20  wish by agreement to further extend to September 20, 2013 the time

21  in which the United States is required to file a civil complaint

22  for forfeiture against the defendant assets and/or to obtain an

23  indictment alleging that the defendant assets are subject to

24  forfeiture.

25  ///

26  ///

27  ///

28  ///

1      14.   Accordingly, the parties agree that the deadline by

2  which the United States shall be required to file a complaint for

3  forfeiture against the defendant assets and/or to obtain an

4  indictment alleging that the defendant assets are subject to

5  forfeiture shall be extended to September 20, 2013.

6                                        BENJAMIN B. WAGNER
                                         United States Attorney

7

8  DATE: 6/21/13                          /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
9                                        Assistant U.S. Attorney

10

11  DATE: 6/21/13                          /s/ Benjamin D. Galloway
                                         BENJAMIN D. GALLOWAY
12                                       Attorney for Claimant
                                         David Timothy Eugene Brown

13

14  DATE: 6/21/13                          /s/ Benjamin D. Galloway (with
                                         permission on behalf of)
15                                       ANNE THERESE OROPEZA
                                         Claimant

16

17

18      **IT IS SO ORDERED.**

19

20  DATE: 6/21/2013                      /s/ John A. Mendez
                                         JOHN A. MENDEZ
21                                       United States District Court Judge

22

23

24

25

26

27

28