BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MC-00030-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $49,360.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,166.84 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,795.00 IN U.S. CURRENCY, | |
| ASSORTMENT OF JEWELRY VALUED AT APPROXIMATELY $6,100.00, | |
| 2006 MASERATI QUATTROPORTE, VIN: ZAMCE39A660021662, LICENSE NUMBER 5SSH877, and | |
| 2004 DODGE STRATUS, VIN: 1B3EL36X94N192290, LICENSE NUMBER 5ZAT819, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimants David Timothy Eugene Brown and Anne Therese Oropeza ("claimants"), by and through their respective

Stipulation to Extend Time to File Complaint

attorneys, as follows:

1. On or about December 21, 2010, claimants filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the six assets listed in the above caption (hereafter the "defendant assets"), which were seized on or about September 21 and 22, 2010.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was March 21, 2011.

4. By Stipulation and Order filed March 22, 2011, the parties stipulated to extend to June 21, 2011 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed June 17, 2011, the parties stipulated to extend to September 21, 2011 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed September 19, 2011, the parties stipulated to extend to December 21, 2011 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. By Stipulation and Order filed December 22, 2011, the parties stipulated to extend to March 21, 2012 the time in which the United States is required to file a civil complaint for forfeiture

against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. By Stipulation and Order filed March 22, 2012, the parties stipulated to extend to June 21, 2012 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

9. By Stipulation and Order filed June 13, 2012, the parties stipulated to extend to September 21, 2012 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10. By Stipulation and Order filed September 13, 2012, the parties stipulated to extend to December 21, 2012 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

11. By Stipulation and Order filed December 19, 2012, the parties stipulated to extend to March 21, 2013 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

12. By Stipulation and Order filed March 15, 2013, the parties stipulated to extend to June 21, 2013 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13. By Stipulation and Order filed June 21, 2013, the parties stipulated to extend to September 20, 2013 the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

14. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 19, 2013 the time in which the United States is required to file a civil complaint for

forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

15. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to December 19, 2013.

BENJAMIN B. WAGNER
United States Attorney

DATE:  9/18/13                                 /s/ Kevin C. Khasigian
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorney


DATE:  9/18/13                                 /s/ Benjamin D. Galloway
                                               BENJAMIN D. GALLOWAY
                                               Attorney for Claimant
                                               David Timothy Eugene Brown

DATE:  9/16/13                                 /s/ Anne Therese Oropeza
                                               ANNE THERESE OROPEZA
                                               Claimant

(Original signatures retained by attorney)

IT IS SO ORDERED.

DATE:  9/18/2013                               /s/ John A. Mendez
                                               JOHN A. MENDEZ
                                               United States District Court Judge

Stipulation to Extend Time to File Complaint