BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-MC-00030-JAM |
|---|---|
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| APPROXIMATELY $49,360.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $9,166.84 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,795.00 IN U.S. CURRENCY, | |
| ASSORTMENT OF JEWELRY VALUED AT APPROXIMATELY $6,100.00, | |
| 2006 MASERATI QUATTROPORTE, VIN: ZAMCE39A660021662, LICENSE NUMBER 5SSH877, and | |
| 2004 DODGE STRATUS, VIN: 1B3EL36X94N192290, LICENSE NUMBER 5ZAT819, | |
| Defendants. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. Beginning in 2007, the Federal Bureau of Investigation ("FBI") and the Solano County Violent Gang Safe Streets Task Force ("SCVGSSTF") began an investigation into drug trafficking in the Fairfield area.  During that investigation, David Timothy Eugene Brown ("Brown") was identified

as a large-scale methamphetamine supplier.

2. The FBI commenced administrative forfeiture proceedings, sending direct written notice to all known potential claimants and publishing notice to all others. On or about December 21, 2010, claimants filed a claim asserting an ownership interest in the defendant assets.

3. The United States represents that it could show at a forfeiture trial that on or about September 21, 2010, agents set up an undercover buy with the Confidential Informant ("CI") to purchase one and one half ounces of methamphetamine from Brown. During the operation, Brown told the CI that he thought the CI was an informant. The CI became nervous. The CI placed a secret phone call to the agents that were following Brown in the surveillance vehicle. The CI attempted to escape the moving vehicle. Agents decided to pull over the 2010 Chevrolet Camaro that Brown was driving. Agents searched Brown and inside the Camaro and found approximately $9,166.84 in U.S. Currency ("defendant $9,166.84") in the center console of the Camaro, approximately $4,795.00 in U.S. Currency ("defendant $4,795.00") in Brown's pants pockets, an assortment of jewelry ("defendant jewelry") Brown was wearing, and indicia for Brown.

4. The United States represents that it could show at a forfeiture trial that the information learned subsequent to the traffic stop and arrest of Brown, agents obtained a federal search warrant for Brown's residence at 1816 Pissarro Court, Stockton, California. Federal search warrants were also obtained for a 2006 Maserati Quattroporte, VIN: ZAMCE39A660021662, license number 5SSH877 ("defendant Maserati") and a 2004 Dodge Stratus, VIN: 1B3EL36X94N192290, license number 5ZAT819 ("defendant Dodge").

5. The United States represents that it could show at a forfeiture trial that during the search of the residence, agents found approximately $49,360.00 in U.S. Currency ("defendant $49,360.00") hidden under a bed and in the attic, firearms, ammunition, a digital scale, and indicia of Brown and Anne Therese Oropeza ("Oropeza"), Brown's girlfriend. Agents searched the defendant Dodge parked in front of the house and the defendant Maserati located in the garage. Agents found a rifle and ammunition in the trunk of the defendant Dodge and indicia of Brown and Oropeza in the defendant Maserati. The defendant Maserati and the defendant Dodge were seized and a more detailed search of the vehicles was conducted.

6. The United States represents that it could further show at a forfeiture trial that on or about September 24, 2010, FBI agents conducted a more detailed search of the defendant Dodge. In the trunk, agents found a bag containing 53 rounds of ammunition, 4 cell phones, and a magnet used to access the hidden compartment located behind the back seat of the vehicle. Inside the hidden compartment, agents found packaging materials, deodorant, air fresheners, and a knife.

7. The United States represents that it could further show at a forfeiture trial that FBI also requested the Department of Motor Vehicle records for both the defendant Maserati and the defendant Dodge. The defendant Maserati was purchased by Anne Oropeza on March 3, 2009 for $48,000 in cash. The defendant Dodge seized from the residence of Brown and Oropeza was registered to a third party who lives in Fairfield. Both vehicles appeared to be purchased at a time when neither Brown nor Oropeza had any known legitimate source of income sufficient to purchase a vehicle.

8. The United States could further show at a forfeiture trial that the defendant assets are forfeitable to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6).

9. Without admitting the truth of the factual assertions contained in this stipulation and for the purpose of reaching an amicable resolution and compromise of this matter, David Timothy Eugene Brown and Anne Therese Oropeza agree that an adequate factual basis exists to support forfeiture of the defendant currency, defendant funds and defendant vehicles. David Timothy Eugene Brown and Anne Therese Oropeza hereby acknowledge that they are the sole owners of the defendant assets and that no other person or entity has any legitimate claim of interest therein. Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant assets, David Timothy Eugene Brown and Anne Therese Oropeza shall hold harmless and indemnify the United States, as set forth below.

10. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

11. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the defendant assets were seized.

12. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

13. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

14. All right, title, and interest of David Timothy Eugene Brown and Anne Therese Oropeza in the defendant Approximately $49,360.00 in U.S. Currency, defendant Approximately $9,166.84 in U.S. Currency, defendant Approximately $4,795.00 in U.S. Currency, defendant Assortment of Jewelry valued at approximately $6,100.00, 2006 Maserati Quattroporte, VIN: ZAMCE39A660021662, License Number 5SSH877, and 2004 Dodge Stratus, VIN: 1B3EL36X94N192290, License Number 5ZAT819, together with any interest that may have accrued on the defendant currency, shall be forfeited to the United States pursuant to 18 U.S.C. §§ 881(a)(4) and (a)(6), to be disposed of according to law.

15. The United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant assets. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed. David Timothy Eugene Brown and Anne Therese Oropeza waive the provisions of California Civil Code § 1542.

16. No portion of the stipulated settlement, including statements or admissions made therein, shall be admissible in any criminal action pursuant to Rules 408 and 410(a)(4) of the Federal Rules of Evidence.

17. All parties will bear their own costs and attorney's fees.

18. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant assets.

IT IS SO ORDERED.

DATED: _3/1/2016                          /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          United States District Court Judge